# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

COREY L. WALKER *et al.*

ADC #111864                                                                                    PLAINTIFF

V.                                    NO: 5:07CV00277 SWW

RICKEY TONEY *et al.*                                                                   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The motions to dismiss filed by Rickey Toney, Barbara Smith, and Alice Collins (docket entry #20), and Sheree Williams (docket entry #23) are GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

2. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

Dated this 3rd day of March, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE